# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**152**

**CAF 13-00661**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF ANTHONY J. VENETTOZZI,
PETITIONER-APPELLANT,

V                                                              ORDER

HEIDI L. MANTELLI, RESPONDENT-RESPONDENT.

---

ANTHONY VENETTOZZI, PETITIONER-APPELLANT PRO SE.

PETER J. DIGIORGIO, JR., ATTORNEY FOR THE CHILD, UTICA.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (Louis P. Gigliotti, A.J.), entered July 2, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petitions.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: March 21, 2014                          Frances E. Cafarell
                                                 Clerk of the Court